■ In the Matter of DONNA M. WILL, Appellant, v FRONTIER CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Respondent. [730 NYS2d 888] —Motion for leave to appeal to Court of Appeals denied (*see, Matter of Pell v Board of Educ.*, 34 NY2d 222, 240; *Matter of Boddie v County of Westchester*, 41 AD2d 546, *affd* 33 NY2d 835; *Matter of Mitthauer v Patterson*, 8 NY2d 37, 42-43). Present—Pigott, Jr., P. J., Green, Pine, Hurlbutt and Burns, JJ.

■ In the Matter of TIMOTHY S. ANDREASEN, an Attorney, Resignor. [727 NYS2d 672] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of CURTIS W. LITTLE, JR., an Attorney, Resignor. [727 NYS2d 673] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of KARYN R. VAMPOTIC, an Attorney, Resignor. [727 NYS2d 673] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of RICHARD L. BAUMGARTEN, a Suspended Attorney, Petitioner. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Respondent. [727 NYS2d 673] —Petitioner's motion to vacate the order of this Court entered November 6, 1998 granted; respondent's cross motion for an order of suspension pursuant to 22 NYCRR 1022.20 (e) granted. Present—Green, J. P., Pine, Hayes, Scudder and Burns, JJ.